**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

|  |  |
|---|---|
| IN RE: | **UNITED STATES BANKRUPTCY COURT** |
| EDDY SHEARS | **DISTRICT OF NEW JERSEY** |
| OLA SHEARS | Chapter 13 |
|  | Case No.: 06-18878W |
| Debtor(s) | OBJECTION TO CLAIM |

DEUTSCHE BANK NATIONAL TRUST COM
PO BOX 631730
%AMERICAN HOME MORTGAGE SERVICING
INC

Total Amount    $280,179.41
Arrears Amount   $30,150.01

The Trustee objects to the continuation of payment through the plan on the above claim as filed on

October 16, 2006 and recommends to the Court that said claim be allowed in the amount paid to date due

to the vacation of the automatic stay.  Thus, distribution to the secured creditor will terminate as if the

claim was withdrawn or reduced to the amount paid to date.

> (X) This claim is being reduced because the creditor has obtained relief from the
> stay and will not be receiving any future payments on this claim unless the stay
> is reinstated.  If the stay is reinstated then the claim will be reinstated as well.

/S/Marie-Ann Greenberg
Marie-Ann Greenberg, Standing Trustee

Dated:  October 14, 2009