| |
|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** |
| **Marie-Ann Greenberg MAG-1284** <br> **Marie-Ann Greenberg, Standing Trustee** <br> **30 TWO BRIDGES ROAD** <br> **SUITE 330** <br> **FAIRFIELD, NJ  07004-1550** <br> **973-227-2840** <br> **Chapter 13 Standing Trustee** |

| | |
|---|---|
| IN RE: <br><br>     EDDY SHEARS <br>     OLA SHEARS | **Case No.:  06-18878** <br><br> **Judge:  NOVALYN L. WINFIELD** |

### ORDER MODIFYING CLAIM

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

Debtor(s):   EDDY SHEARS
OLA SHEARS

Case No.:   06-18878W

Caption of Order:  Order Modifying Claim

---

ORDERED, that the claim of DEUTSCHE BANK NATIONAL TRUST COM in the amount of $30,150.01 be changed to the amount paid to date through the plan by the Standing Trustee; and it is further

ORDERED, that unless a formal Notice of Motion is filed within forty-five (45) days at the Clerk's Office of the US Bankruptcy Court, 50 Walnut Street, Newark, NJ 07102, the claim will be allowed as recommended by the Trustee and set forth above; and it is further

ORDERED, that in the event the Automatic Stay is reinstated as to this creditor, this Order shall be null and void, and the claim shall be reinstated accordingly.