**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

|  |  |
|---|---|
| IN RE: | **UNITED STATES BANKRUPTCY COURT** |
|  | **DISTRICT OF NEW JERSEY** |
| EDDY SHEARS | Case No.:  06-18878 NLW |
| OLA SHEARS, |  |
| Debtors |  |

### NOTICE OF RESERVE ON CLAIM

Creditor:             A-1 MARCOT'S INC
Trustee Claim #:      18
Claimed Amount:       $1,000.00
Date Claim Filed:     01/17/2007

Please be advised that a reserve has been placed on the above named claim for the following reason:

■ Disbursement checks have been returned as undeliverable.  A change of address must be filed with the Court.

Unless we receive the information needed or the necessary documents are filed with the Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.

Dated:  June 30, 2010

By:  /S/  Marie-Ann Greenberg
     Chapter 13 Standing Trustee

A-1 MARCOT'S INC
175 FAIRFIELD AVE, UNIT 5A
PO BOX 1558
CALDWELL, NJ  07007-1558

MICHAEL G. BOYD, ESQ.
157 ENGLE STREET
ENGLEWOOD, NJ  07631

EDDY SHEARS
OLA SHEARS
267 W. FOREST AVENUE
ENGLEWOOD, NJ  07631