Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ 07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 6/30/2010

**Chapter 13 Case # 06-18878**

Re:   EDDY SHEARS  
      OLA SHEARS  
      267 W. FOREST AVENUE  
      ENGLEWOOD, NJ 07631

Atty:   MICHAEL G. BOYD, ESQ.  
        157 ENGLE STREET  
        ENGLEWOOD, NJ 07631

## RECEIPTS AS OF 06/30/2010    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 09/26/2006 | $769.62 | 09972488608 | 11/01/2006 | $769.62 | 09972489194 |
| 11/21/2006 | $769.62 | 025317066 | 12/29/2006 | $817.00 | 10396434622 |
| 01/30/2007 | $817.00 | 10396433406 | 03/01/2007 | $817.00 | 10729748338 |
| 03/27/2007 | $817.00 | 10394532854 | 04/30/2007 | $860.00 | 10730297204 |
| 06/01/2007 | $859.00 | 11105373014 | 07/03/2007 | $859.00 | 10397006032 |
| 07/30/2007 | $859.00 | 11111695132 | 08/30/2007 | $859.00 | 11492546771 |
| 09/25/2007 | $859.00 | 11496009407 | 11/05/2007 | $859.00 | 1149895101 |
| 12/03/2007 | $859.00 | 11493479654 | 01/02/2008 | $859.00 | 11904879576 |
| 01/31/2008 | $859.00 | 11907991034 | 03/04/2008 | $859.00 | 12216460961 |
| 04/01/2008 | $859.00 | 11907038092 | 05/06/2008 | $859.00 | 12233871494 |
| 06/02/2008 | $859.00 | 12216745361 | 07/01/2008 | $859.00 | 12455560012 |
| 08/05/2008 | $859.00 | 12559364908 | 08/29/2008 | $859.00 | 12564098381 |
| 10/02/2008 | $859.00 | 12564112983 | 11/04/2008 | $859.00 | 16092225101 |
| 12/05/2008 | $859.00 | 16091561733 | 01/08/2009 | $859.00 | 16091563443 |
| 02/06/2009 | $860.00 | 16851476970 | 03/03/2009 | $859.00 | 16854757637 |
| 04/10/2009 | $859.00 | 16099488246 | 06/09/2009 | $859.00 | 16879452535 |
| 07/09/2009 | $859.00 | 16879465866 | 08/07/2009 | $859.00 | 16883985341 |
| 09/15/2009 | $859.00 | 17237280576 | 10/14/2009 | $859.00 | 17237371577 |
| 11/10/2009 | $859.00 | 17240089138 | 12/21/2009 | $859.00 | 17242280561 |
| 01/20/2010 | $859.00 | 17240097780 | 03/11/2010 | $859.00 | 17551152101 |
| 05/06/2010 | $1,000.00 | 17895293324 | 05/06/2010 | $1,000.00 | 17579349461 |
| 05/06/2010 | $1,000.00 | 17579349472 | 05/06/2010 | $436.00 | 17895293335 |

**Total Receipts: $37,361.86 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $37,361.86**

## LIST OF PAYMENTS TO CLAIMS AS OF 06/30/2010    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| A-1 MARCOT'S INC | | | | | | |
| | 10/15/2009 | $38.68 | 595703 | 11/19/2009 | $52.92 | 597173 |
| | 12/17/2009 | $52.92 | 598891 | 01/21/2010 | $52.92 | 600410 |
| | 02/18/2010 | $52.92 | 602089 | 04/19/2010 | $52.92 | 605232 |
| | 06/17/2010 | $219.62 | 608808 | | | |

**Chapter 13 Case # 06-18878**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| **AMERICAN HOME MORTGAGE** | | | | | | |
| | 03/20/2009 | $1,543.57 | 584553 | | | |
| **AMERIQUEST MORTGAGE CO.** | | | | | | |
| | 02/16/2007 | $1,719.63 | 499484 | 03/16/2007 | $761.81 | 503703 |
| | 04/20/2007 | $761.81 | 508244 | 05/18/2007 | $817.83 | 512823 |
| | 06/15/2007 | $800.47 | 517195 | 07/20/2007 | $790.82 | 531485 |
| | 08/14/2007 | $791.24 | 535733 | 09/20/2007 | $757.37 | 539325 |
| | 10/19/2007 | $792.95 | 542754 | 11/15/2007 | $789.56 | 545767 |
| | 12/12/2007 | $789.81 | 548718 | 01/14/2008 | $789.83 | 551554 |
| **BANK OF AMERICA NA** | | | | | | |
| | 10/15/2009 | $6.79 | 595815 | 11/19/2009 | $9.29 | 597291 |
| | 12/17/2009 | $9.29 | 598992 | 01/21/2010 | $9.29 | 600530 |
| | 02/18/2010 | $9.29 | 602209 | 04/19/2010 | $9.30 | 605364 |
| | 06/17/2010 | $38.55 | 608929 | | | |
| **CAPITAL ONE BANK** | | | | | | |
| | 10/15/2009 | $30.46 | 595879 | 10/15/2009 | $34.00 | 595879 |
| | 10/15/2009 | $29.64 | 595879 | 11/19/2009 | $41.69 | 597357 |
| | 12/17/2009 | $41.67 | 599058 | 01/21/2010 | $41.69 | 600608 |
| | 02/18/2010 | $41.69 | 602272 | 04/19/2010 | $41.67 | 605433 |
| | 06/17/2010 | $172.98 | 608989 | | | |
| **CHAMPION MORTGAGE** | | | | | | |
| | 02/16/2007 | $37.91 | 500006 | 03/16/2007 | $16.79 | 504260 |
| | 04/20/2007 | $16.79 | 508822 | 05/07/2007 | ($16.79) | 504260 |
| **CITI RESIDENTIAL LENDING INC** | | | | | | |
| | 02/15/2008 | $774.70 | 554903 | 03/21/2008 | $777.23 | 558002 |
| | 08/13/2008 | $455.58 | 571570 | 09/26/2008 | $777.22 | 573842 |
| | 10/17/2008 | $786.90 | 576308 | 11/20/2008 | $784.78 | 578147 |
| | 12/18/2008 | $784.77 | 580268 | 01/22/2009 | $766.72 | 582058 |
| **DEUTSCHE BANK NATIONAL TRUST COM** | | | | | | |
| | 05/15/2009 | $749.94 | 587966 | 07/17/2009 | $756.20 | 591285 |
| | 08/19/2009 | $756.21 | 592852 | 09/18/2009 | $756.22 | 594465 |
| **DR ROBERT ADAIR** | | | | | | |
| | 11/19/2009 | $9.12 | 597590 | 12/04/2009 | ($9.12) | 597590 |
| **ECAST SETTLEMENT CORP** | | | | | | |
| | 10/15/2009 | $110.86 | 596081 | 10/15/2009 | $120.08 | 596081 |
| | 11/19/2009 | $164.30 | 597599 | 11/19/2009 | $151.69 | 597599 |
| | 12/17/2009 | $164.30 | 599271 | 12/17/2009 | $151.68 | 599271 |
| | 01/21/2010 | $164.30 | 600857 | 01/21/2010 | $151.68 | 600857 |
| | 02/18/2010 | $164.29 | 602479 | 02/18/2010 | $151.68 | 602479 |
| | 04/19/2010 | $164.31 | 605682 | 04/19/2010 | $151.68 | 605682 |
| | 06/17/2010 | $629.48 | 609200 | 06/17/2010 | $681.83 | 609200 |
| **HCS COLLECTIONS** | | | | | | |
| | 11/19/2009 | $9.12 | 597767 | 12/17/2009 | $5.27 | 599425 |
| | 01/21/2010 | $5.27 | 601015 | 02/18/2010 | $5.27 | 602608 |
| | 04/19/2010 | $5.27 | 605851 | 06/17/2010 | $21.86 | 609342 |

**Chapter 13 Case # 06-18878**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| Marie-Ann Greenberg | | | | | | | |
| | 01/19/2007 | $98.64 | 497091 | | 02/16/2007 | $86.68 | 501449 |
| | 03/16/2007 | $38.40 | 505813 | | 04/20/2007 | $38.40 | 510417 |
| | 05/07/2007 | ($0.83) | 0 | | 05/18/2007 | $40.33 | 514935 |
| | 06/15/2007 | $39.48 | 519239 | | 07/20/2007 | $48.69 | 533580 |
| | 08/14/2007 | $48.72 | 537426 | | 09/20/2007 | $79.50 | 541094 |
| | 10/19/2007 | $50.61 | 544180 | | 11/15/2007 | $50.40 | 547187 |
| | 12/12/2007 | $50.41 | 550101 | | 01/14/2008 | $50.41 | 552967 |
| | 02/15/2008 | $62.81 | 555941 | | 03/21/2008 | $63.02 | 559041 |
| | 06/20/2008 | $209.13 | 567381 | | 07/18/2008 | $64.42 | 569951 |
| | 08/13/2008 | $47.74 | 572294 | | 09/26/2008 | $63.02 | 574667 |
| | 10/17/2008 | $55.61 | 576881 | | 11/20/2008 | $55.46 | 578833 |
| | 12/18/2008 | $55.45 | 580892 | | 01/22/2009 | $68.49 | 582586 |
| | 03/20/2009 | $137.88 | 585281 | | 05/15/2009 | $83.33 | 588421 |
| | 07/17/2009 | $84.02 | 591680 | | 08/19/2009 | $84.02 | 593236 |
| | 09/18/2009 | $84.02 | 594871 | | 10/15/2009 | $61.51 | 596400 |
| | 11/19/2009 | $87.17 | 597987 | | 12/04/2009 | ($1.01) | 0 |
| | 12/17/2009 | $85.31 | 599627 | | 01/21/2010 | $85.32 | 601223 |
| | 02/18/2010 | $85.31 | 602806 | | 04/19/2010 | $85.32 | 606068 |
| | 06/17/2010 | $247.22 | 609539 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES | | | | | | | |
| | 11/19/2009 | $8.75 | 598267 | | 12/17/2009 | $5.05 | 599863 |
| | 01/21/2010 | $5.06 | 601485 | | 02/18/2010 | $5.05 | 603035 |
| | 04/19/2010 | $5.06 | 606348 | | 06/17/2010 | $20.98 | 609752 |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 10/15/2009 | $13.07 | 596632 | | 11/19/2009 | $46.54 | 598271 |
| | 11/19/2009 | $17.89 | 598271 | | 11/19/2009 | $40.56 | 598271 |
| | 12/17/2009 | $17.88 | 599867 | | 12/17/2009 | $40.56 | 599867 |
| | 12/17/2009 | $46.52 | 599867 | | 01/21/2010 | $17.89 | 601490 |
| | 01/21/2010 | $40.56 | 601490 | | 01/21/2010 | $46.52 | 601490 |
| | 02/18/2010 | $46.53 | 603039 | | 02/18/2010 | $40.55 | 603039 |
| | 02/18/2010 | $17.88 | 603039 | | 04/19/2010 | $46.52 | 606353 |
| | 04/19/2010 | $17.89 | 606353 | | 04/19/2010 | $40.56 | 606353 |
| | 06/17/2010 | $74.22 | 609756 | | 06/17/2010 | $168.32 | 609756 |
| | 06/17/2010 | $193.08 | 609756 | | | | |
| TSYS DEBT MANAGEMENT | | | | | | | |
| | 10/15/2009 | $79.10 | 596901 | | 11/19/2009 | $108.23 | 598596 |
| | 12/17/2009 | $108.23 | 600159 | | 01/21/2010 | $108.22 | 601795 |
| | 02/18/2010 | $108.23 | 603304 | | 04/19/2010 | $108.22 | 606708 |
| | 06/17/2010 | $449.13 | 610049 | | | | |
| UNITED STATES TREASURY/IRS | | | | | | | |
| | 06/20/2008 | $2,579.30 | 568284 | | 07/18/2008 | $794.58 | 570735 |
| | 08/13/2008 | $133.24 | 573045 | | 10/15/2009 | $44.28 | 596929 |
| | 11/19/2009 | $60.59 | 598635 | | 12/17/2009 | $60.59 | 600180 |
| | 01/21/2010 | $60.59 | 601828 | | 02/18/2010 | $60.59 | 603328 |
| | 04/19/2010 | $60.59 | 606743 | | 06/17/2010 | $251.44 | 610079 |
| VATIV RECOVERY SOLUTIONS LLC | | | | | | | |
| | 10/15/2009 | $19.32 | 596976 | | 11/19/2009 | $26.44 | 598687 |
| | 12/17/2009 | $26.43 | 600225 | | 01/21/2010 | $26.44 | 601875 |
| | 02/18/2010 | $26.43 | 603375 | | 04/19/2010 | $26.44 | 606799 |
| | 06/17/2010 | $109.71 | 610128 | | | | |
| WELLS FARGO FINANCIAL INC. | | | | | | | |
| | 10/15/2009 | $27.34 | 597046 | | 11/19/2009 | $37.41 | 598765 |
| | 12/17/2009 | $37.41 | 600295 | | 01/21/2010 | $37.41 | 601952 |
| | 02/18/2010 | $37.41 | 603446 | | 04/19/2010 | $37.42 | 606877 |
| | 06/17/2010 | $155.25 | 610199 | | | | |

Chapter 13 Case # 06-18878

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,674.41 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,000.00 | 100.00% | 2,000.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | DEUTSCHE BANK NATIONAL TRUST COM | MORTGAGE ARREA | 20,833.17 | 100.00% | 20,833.17 | 0.00 |
| 0002 | CHAMPION MORTGAGE | MORTGAGE ARREA | 657.51 | 100.00% | 54.70 | 602.81 |
| 0003 | CITY OF ENGLEWOOD | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | GENERAL MOTORS ACCEPTANCE CORP | VEHICLE SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | WELLS FARGO FINANCIAL INC. | UNSECURED | 706.91 | 100.00% | 369.65 | 337.26 |
| 0006 | HCS COLLECTIONS | UNSECURED | 99.57 | 100.00% | 52.06 | 47.51 |
| 0007 | CAPITAL ONE BANK | UNSECURED | 787.62 | 100.00% | 411.85 | 375.77 |
| 0008 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 879.15 | 100.00% | 459.71 | 419.44 |
| 0009 | DR ROBERT ADAIR | UNSECURED | 99.57 | 100.00% | 0.00 | 99.57 |
| 0010 | TSYS DEBT MANAGEMENT | UNSECURED | 2,045.05 | 100.00% | 1,069.36 | 975.69 |
| 0011 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 766.39 | 100.00% | 400.75 | 365.64 |
| 0012 | ECAST SETTLEMENT CORP | UNSECURED | 3,104.60 | 100.00% | 1,623.41 | 1,481.19 |
| 0013 | VATIV RECOVERY SOLUTIONS LLC | UNSECURED | 499.54 | 100.00% | 261.21 | 238.33 |
| 0014 | BANK OF AMERICA NA | UNSECURED | 175.56 | 100.00% | 91.80 | 83.76 |
| 0015 | PORTFOLIO RECOVERY ASSOCIATES | UNSECURED | 95.52 | 100.00% | 49.95 | 45.57 |
| 0016 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 337.96 | 100.00% | 176.72 | 161.24 |
| 0017 | ECAST SETTLEMENT CORP | UNSECURED | 2,866.21 | 100.00% | 1,498.75 | 1,367.46 |
| 0018 | A-1 MARCOT'S INC | UNSECURED | 1,000.00 | 100.00% | 522.90 | 477.10 |
| 0019 | UNITED STATES TREASURY/IRS | PRIORITY | 3,507.12 | 100.00% | 3,507.12 | 0.00 |
| 0020 | UNITED STATES TREASURY/IRS | UNSECURED | 1,144.90 | 100.00% | 598.67 | 546.23 |
| 0021 | FORTE, SCHLEIDER& ATTAS,M.D. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0022 | ENGLEWOOD DENTAL | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0023 | ENGLEWOOD HOSPITAL | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0024 | INTERSTATE WASTE MANAGEMENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0025 | QUEST DIAGNOSTIC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0026 | SEARS CREDIT CARD | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0027 | SHELL | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0028 | UROLOGIC SPECIALTIES PA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0029 | VERIZON | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Total Paid: $36,656.19**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: July 06, 2010.

Receipts: $37,361.86    -    Paid to Claims: $31,981.78    -    Admin Costs Paid: $4,674.41    =    Funds on Hand: $705.67

**NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.