**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

|  |  |
|---|---|
| IN RE:<br>EDDY SHEARS<br>OLA SHEARS | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Case No.:  06-18878NLW<br><br>**NOTICE OF MOTION TO DISMISS PETITION**<br><br>**HEARING DATE:  11/4/2010**<br><br>**ORAL ARGUMENT REQUESTED** |
| MICHAEL G. BOYD, ESQ.<br>157 ENGLE STREET<br>ENGLEWOOD, NJ  07631 | |

EDDY SHEARS
OLA SHEARS
267 W. FOREST AVENUE
ENGLEWOOD, NJ  07631

   PLEASE TAKE NOTICE, that on 11/04/2010 at 10:00 am in the forenoon or as soon thereafter as counsel may be heard, the undersigned will move before Honorable Judge NOVALYN L. WINFIELD, at US Bankruptcy Court, 50 Walnut Street, Third Floor, D, Newark, NJ 07102, for an Order Dismissing this case.

   The undersigned will rely on the attached Certification in support of this motion plus an oral report updating the information on the return date of this motion.

                    Marie-Ann Greenberg, Esquire
                    Chapter 13 Standing Trustee


        By:   /S/Marie-Ann Greenberg
              Marie-Ann Greenberg, Esquire

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
Chapter 13 Standing Trustee

| | |
|---|---|
| IN RE: | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| EDDY SHEARS<br>OLA SHEARS | Case No.:  06-18878NLW |

### CERTIFICATION IN SUPPORT OF MOTION

I, Jackie Michaels, being of full age certify that:

1. I am an administrator for Marie-Ann Greenberg, Standing Trustee, and am familiar with the facts of this case.

2. The debtor(s), as of the date of this certification are delinquent a total of $3,434.00.

3. For the reasons set forth above, the Trustee recommends that the case be dismissed.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willingly false, that I am subject to punishment.

Dated:  October 04, 2010

By:  /S/  Jackie Michaels
Jackie Michaels
Administrator

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

|  |  |
|---|---|
| IN RE: | **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| EDDY SHEARS<br>OLA SHEARS | Case No.:  06-18878NLW |

**CERTIFICATE OF SERVICE**

   On October 04, 2010, the undersigned served to MICHAEL G. BOYD, ESQ., EDDY SHEARS, and OLA SHEARS a copy of the within Notice of Motion to Dismiss.

   Notice of Motion was served via US Mail or electronically via ECF.

Dated:  October 04, 2010

By:   /S/  Jackie Michaels
        Jackie Michaels
        Administrator